

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00381-CR

**IN RE** Adriana **RAMOS-TRUJILLO**, et al., Relators

Original Proceeding[1]

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Lori I. Valenzuela, Justice

Delivered and Filed: July 10, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On May 31, 2024, Relators filed a petition for writ of mandamus. The real party in interest filed a response to which Relators replied. After considering the petition, the real party in interest's response, and Relators' reply, this court concludes Relators are not entitled to the relief sought. Accordingly, we DENY the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of five separate cases pending in the County Court, Maverick County, Texas, with the Honorable Susan D. Reed presiding in each case: Cause No. 34931, styled *The State of Texas v. Adriana Ramos-Trujillo*; Cause No. 34930, styled *The State of Texas v. Mileidy Ramos-Valdes*; Cause No. 34933, styled *The State of Texas v. Herminia Iparraguirre-Huanuco*; Cause No. 34932, styled *The State of Texas v. Brenda Corrales-Suarez*; and Cause No. 34934, styled *The State of Texas v. Marco Ascon-Damian*.